JS-6

LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 16-06776 BRO (RAOx) | Date | October 6, 2016 |
|---|---|---|---|
| Title | LEON SANDERS V. JAMES WALKER ET AL. | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS)

## ORDER DISMISSING ACTION FOR LACK OF SUBJECT MATTER JURISDICTION

A federal court must determine that subject matter jurisdiction exists even where the parties do not raise the issue. *Rains v. Criterion Sys., Inc.*, 80 F.3d 339, 342 (9th Cir. 1996). Because federal courts are of limited jurisdiction, they possess original jurisdiction only as authorized by the Constitution and federal statutes. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). Under 28 U.S.C. § 1331, federal courts have jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. A case "arises under" federal law if a plaintiff's "well-pleaded complaint establishes either that federal law creates the cause of action" or that the plaintiff's "right to relief under state law requires resolution of a substantial question of federal law in dispute between the parties." *Franchise Tax Bd. v. Constr. Laborers Vacation Trust for S. Cal.*, 463 U.S. 1, 13 (1983).

Original jurisdiction may also be established pursuant to 28 U.S.C. § 1332, which provides that a federal district court has jurisdiction over a civil action between citizens of different states where the amount in controversy exceeds $75,000. 28 U.S.C. § 1332. The United States Supreme Court has interpreted the diversity statute to require "complete diversity of citizenship," meaning that each plaintiff must be diverse from each defendant." *Caterpillar Inc. v. Lewis*, 519 U.S. 61, 67–68 (1996).

Plaintiff Leon Sanders ("Plaintiff") filed this action against defendants on September 9, 2016. (Dkt. No. 1 ("Compl.").) Chief Judge Virginia A. Phillips granted Plaintiff, who has been identified as a vexatious litigant, (s*ee Leon Sanders v. Hughes Aircraft Co. et al.*, No. 95-CV-2443 RJK (RNB), Dkt. No. 38, (C.D. Cal. Dec. 06, 1995)),

LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 16-06776 BRO (RAOx) | Date | October 6, 2016 |
|---|---|---|---|
| Title | LEON SANDERS V. JAMES WALKER ET AL. | | |

permission to file the Complaint, (*see* Dkt. No. 2). In his Complaint, Plaintiff alleges ten causes of action. Causes of action one through nine appear to be state law claims. In his tenth cause of action, Plaintiff alleges: "Civil Rights Violations by Reginald Sylvester, Lokman Reality [sic] Group attorney Tiffany J. Ramirez: North American Title Company: For opening escrow for Reginald Sylvester and closing escrow on property he didn't own. This is a crime:: [sic]" (Compl. at 12.) Beyond this allegation, Plaintiff establishes an amount in controversy in excess of $75,000. (*Id.* at 4.)

On September 15, 2016 the Court ordered Plaintiff to show cause, (Dkt. No. 8), as to why this case should not be dismissed for lack of subject matter jurisdiction, because the Court was unable to determine based on the facts alleged whether (1) full diversity exists between the parties, or, (2) the Court has federal question jurisdiction over the case based on the tenth cause of action. On September 19, 2016, Plaintiff responded to the order to show cause. (Dkt. No. 12.) The response failed to show how this Court has subject matter jurisdiction over the dispute. In view of Plaintiff's insufficient response, this Court finds that it lacks subject matter jurisdiction over the dispute. Accordingly, the action is **DISMISSED without prejudice**.

IT IS SO ORDERED.

|  | : |
|---|---|
| Initials of Preparer | rf |